■ GREAT LAKES CONTRACTING, INC., Respondent, v ALLIED BUILDERS, INC., Appellant. (Action No. 1.) ALLIED BUILDERS, INC., Appellant, v GREAT LAKES CONTRACTING, INC., et al., Respondents. (Action No. 2.) [691 NYS2d 809] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Stander, J. (*Great Lakes Contr. v Allied Bldrs.,* 176 Misc 2d 284). (Appeal from Order of Supreme Court, Monroe County, Stander, J.—Consolidation.) Present—Denman, P. J., Green, Hayes, Scudder and Balio, JJ.